**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alexkia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
MARIO RAYES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 1:22-CR-00143-NODJ-BAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO CHANGE OF PLEA** |
| MARIO REYES, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

BARBARA A. MCAULIFFE AND STEPHANIE STOKMAN, ASSISTANT UNITED

STATES ATTORNEY:

      **COMES NOW** Defendant, MARIO RAYES, by and through his attorney of record,

ALEKXIA TORRES STALLINGS, hereby requesting that the status conference currently set for

Wednesday, April 10, 2024, be set as a Change of Plea Hearing for Monday, July 15, 2024, at

8:30a.m.

      Counsel is requesting a continuance due to scheduling and filing the appropriate

paperwork prior to said hearing. I have spoken to AUSA Stephanie Stokman, and she has no

objection to continuing the status conference to set the Change of Plea Hearing.

      The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it

results form a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: April 5, 2024

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
MARIO RAYES

DATED: April 5, 2024

*/s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant U.S. Attorney

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**<u>ORDER</u>**

     IT IS SO ORDERED that the status conference set for April 10, 2024, is vacated. A change of plea hearing is set for **July 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV).

IT IS SO ORDERED.

Dated:  <u>**April 8, 2024**</u>           <u>/s/ *Barbara A. McAuliffe*</u>

                                   UNITED STATES MAGISTRATE JUDGE