**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
MARIO RAYES

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO REYES,<br><br>Defendant | Case No.: 1:22-cr-00143-NODJ-BAM-4<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DISTRICT COURT JUDGE, AND STEPHANIE STOKMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARIO REYES, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set for Thursday October 24, 2024, at 8:30 a.m. be continued to Wednesday November 20, 2024, at 8:30 a.m.

Counsel is requesting a continuance due to additional time needed to schedule and complete a presentence interview as well as the presentencing report based on defense counsel's unavailability. The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of

1  the Court's finding that the ends of justice served by taking such action outweigh the best interest
2  of the public and the defendant in a speedy trial.
3  //
4  //
5  //
6
7  **IT IS SO STIPULATED.**
8                                                                          Respectfully Submitted,
9  DATED: September 4, 2024                          */s/ Alekxia Torres Stallings*
10                                                                         ALEKXIA TORRES STALLINGS
                                                                           Attorney for Defendant
11                                                                         MARIO RAYES
12
13 DATED: September 4, 2024                          */s/Stephanie Stokman*
                                                                           STEPHANIE STOKMAN
14                                                                         Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from October 24, 2024, to **November 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: __September 5, 2024__         /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE